IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LATORIA MARSHA MCGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv381-MHT |
| | ) | (WO) |
| KATRINA BROWN, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated at Julia Tutwiler Prison, filed this lawsuit asserting that the defendant correctional officials have subjected her to discrimination based on her same-sex marriage.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to file the filing fee or an application seeking leave to proceed in forma pauperis and the accompanying account information in accordance with the provisions of 28 U.S.C.

§ 1915(b)(1)(A), as ordered by this court.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

                              /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**