IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LATORIA MARSHA MCGUIRE,    )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )     2:24cv381-MHT
                           )         (WO)
KATRINA BROWN, Warden,     )
et al.,                    )
                           )
     Defendants.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to file the filing fee or an application seeking leave to proceed in forma pauperis and the accompanying account information in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A), as ordered by this court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of October, 2024.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE